MHN 

**PRISONER CASE**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):**  JOHN PHILLIPS

**Defendant(s):**  YANCY BROWN, et al.

**County of Residence:**  MARION

**County of Residence:**

**Plaintiff's Address:**

**Defendant's Attorney:**

John Phillips
B-39383
Centralia - CNT
P.O. Box 7711
Centralia, IL 62801

## 08CV4389
## JUDGE COAR
## MAGISTRATE JUDGE MASON

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)

☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** M. Burke

**Date:** 8/1/08

**FILED**

AUG 0 1 2008 T C
8-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT