# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4389 | **DATE** | 9/4/2008 |
| **CASE TITLE** | John Phillips (B-39383) v. Yancy Brown | | |

**DOCKET ENTRY TEXT:**

Plaintiff is given 30 days from the date of this order to: (1) either submit a completed *in forma pauperis* application or prepay the $350 filing fee, and (2) submit an amended complaint that states a valid claim. The clerk shall send to Plaintiff another *in forma pauperis* application, an amended complaint form, and a copy of Circuit Rule 22.2, along with a copy of this order. Failure to comply with this order within 30 days may be construed as Plaintiff's desire not to proceed with this case and will result in dismissal of the case without prejudice.

■ **[For further details see text below.]**                                                                 Docketing to mail notices.

## STATEMENT

  Plaintiff, John Phillips, currently incarcerated at Centralia Correctional Center, has filed this civil rights complaint under 42 U.S.C. § 1983 against Robbins police officers, Cook County Assistant State's Attorneys, and several Assistant Public Defenders. Plaintiff seeks to raise several claims with respect to his criminal case and conviction. The clerk accepted this complaint for filing purposes pursuant to Fed. R. Civ. P. 5(e), despite plaintiff's failure to prepay the filing fee or submit an application to proceed *in forma pauperis*. The issue of the filing fee must be resolved before this case can proceed forward.

  The Prison Litigation Reform Act requires all inmates to pay the full filing fee. If an inmate is unable to prepay the $350 filing fee, he may submit an application to proceed *in forma pauperis*, which allows the inmate to pay the filing fee in installments. The *in forma pauperis* application must be on this court's form. If the court grants the inmate's application, the court will direct correctional officials to deduct an initial partial payment of the filing fee directly from the inmate's trust fund account, and to make further monthly deductions from that account until the full filing fee is paid. To enable the court determine if Plaintiff qualifies as a pauper and to make the necessary assessment of the initial partial filing fee, Plaintiff must submit with his application, "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Plaintiff's failure to prepay the filing fee or submit a completed *in forma pauperis* application will result in dismissal of this case. Local Rule 3.3(e).
**(CONTINUED)**

isk

**STATEMENT (continued)**

    Additionally, plaintiff's complaint neither states a valid civil rights claim, nor is it on this Court's form. *See* N.D. Ill. Local Rule 81.1. Plaintiff may not raise challenges to his conviction in a civil rights suit. Rather, he must raise such challenges in a petition for habeas relief. If plaintiff seeks to file a habeas petition challenging his conviction, as opposed to a civil rights complaint seeking monetary damages, he should submit a habeas petition and dismiss the current suit. This Court cannot convert Plaintiff's current civil rights case into a habeas case. *Copus v. Edgerton*, 96 F.3d 1038, 1039 (7th Cir. 1996). Furthermore, plaintiff previously brought a petition for habeas relief in this Court. *See Phillips v. Firkus*, No. 06-4256 (dismissed May 10, 2007). If plaintiff seeks to challenge the same conviction subject of his prior petition, he may be required to obtain permission from the Seventh Circuit Court of Appeals to file a successive petition. *See* 28 U.S.C. § 2244(b); Circuit Rule 22.2.

    Although Plaintiff's current complaint does not state a § 1983 claim, Plaintiff is given an opportunity to submit an amended complaint (plus a judge's copy and a service copy for each defendant) that states a valid claim.

    Accordingly, if Plaintiff wants to proceed with this case, he must: (1) either submit a completed *in forma pauperis* application or prepay the $350 filing fee, and (2) submit an amended complaint that states a valid § 1983 claim. Failure to comply with this order within 30 days may be construed as Plaintiff's desire not to proceed with this case and will result in dismissal of the case.